## PRATER CREEK PROCESSING COMPANY, Movant,

v.

## Thelmer McCLANAHAN and Roma McClanahan, Respondents.

### Nos. 87–SC–746–D, 86–CA–770–MR.

Supreme Court of Kentucky.

Nov. 25, 1987.

Arnold Turner, Jr., Turner, Hall, Stumbo & Riley, PSC, Prestonsburg, for movant.

Michael deBourbon, Pruitt & deBourbon, Pikeville, for respondents.

### OPINION AND ORDER

Prater Creek Processing Company having moved this Court for discretionary review not of the merits of this case but rather of the order denying Prater Creek's motion not to publish the Court of Appeals' opinion, the Court hereby dismisses the motion as an abuse of CR 76.20.

All concur.

/s/ Robert F. Stephens
Chief Justice